IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES N. MONTGOMERY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:08-cv-893-MHT |
| | ) | (WO) |
| SCOTT J. HOOPER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The magistrate judge entered a recommendation (Doc. #16) in this case to which no timely objections have been filed. After a review of the recommendation and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is ORDERED that the recommendation (Doc. #16) of the magistrate judge is adopted and plaintiff's complaint is dismissed for the reasons stated in the recommendation.

An appropriate judgment will be entered.

DONE, this the 29th day of April, 2009.

    /s /   Myron H. Thompson
UNITED STATES DISTRICT JUDGE